ACCEPTED
12-15-00232-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/21/2015 12:00:00 AM
Pam Estes
CLERK

## NO. 12-15-00232-CR

| | | |
|---|---|---|
| STATE OF TEXAS | § IN THE | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| VS. | § §<br>§ 12th COURT | 9/19/2015 9:28:29 AM |
| LENNIS TERRANCE OWENS | § §<br>§ OF APPEALS | PAM ESTES<br>Clerk |

## MOTION FOR OUT OF TIME APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Lennis Terrance Owens, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's appeal, pursuant to Rule 26.2 and 26.3 and 10.55(b)(1) ( C ) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the Third Judicial District Court of Anderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Lennis Terrance Owens, and numbered 31954.

3. Appellant was convicted of Aggravated Assault with a Deadly Weapon.

4. Appellant was assessed a sentence of 5 years on June 9, 2015, with motion for new trial, without specific order on record.

5. Notice of appeal was given on September 1, 2015.

6.    Defendant is currently incarcerated.

7.    Appellant relies on the following facts as good cause for the requested extension:

A.    Although not shown in the Clerk's Record, this appeal is limited to whether the trial court should have granted the motion for new trial, predicated upon the facts shown in Appellant's motion.

B.    As no order was in the file, the rulings of the court should appear in the Reporter's Record. Undersigned counsel was able to gain the foregoing information from the trial counsel after some extended delay. The appointment did not reflect that the matter was as presented herein.

C.    The delay was not due to any indifference or lack of diligence on the part of Appellant.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Appeal, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

STEPHEN EVANS
1000 North Church
P.O. BOX 754
Palestine, Texas 75801
Tel: (903) 723-3334
Fax: (903) 723-0124

By: _____

Stephen Evans
State Bar No. 06717580
sevanslaw@aol.com
Attorney for Lennis Terrance Owens

## CERTIFICATE OF SERVICE

This is to certify that on September 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by E-mail.

_____

Stephen Evans

STATE OF TEXAS       §
             §
COUNTY OF ANDERSON    §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Stephen Evans, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____
Stephen Evans
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on  *2-19*  , 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas